**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HEATHER M. SAVADGE,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:15-0165 |
| v. | : | (MANNION, D.J.) |
| | | (COHN, M.J.) |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Magistrate Judge Cohn issued in the above-captioned matter, (Doc. 15), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner denying the plaintiff's applications for supplemental security income and disability insurance benefits is **AFFIRMED** and the plaintiff's appeal, (Doc. 1), is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 28, 2016**